# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOLMES, III, | |
|     Plaintiff, | Case No. 2:13-cv-01166-GMN-GWF |
| vs. | **ORDER** |
| DREESEN, *et al.*, | Motion to Enlarge Time to File Answer or Other Responsive Pleading (#14) |
|     Defendants. | |

      This matter comes before the Court on Defendants' Motion for Enlargement of Time to File Answer or Other Responsive Pleading (#14) filed on May 12, 2014.

      Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), when an act may or must be done within a specified time, the court may, for good cause, extend the time. Defendants' Answer or other responsive pleading to Plaintiff's Complaint (#7) was due on May 13, 2013. Plaintiff, however, filed an Amended Complaint (#13) on April 25, 2014. Defendants' now move this court for a screening order on Plaintiff's Amended Complaint clarifying the issue as to which complaint they should respond. Plaintiff's also request a date within which to respond. Defendants substantially establish good cause for an extension. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time to File Answer or Other Responsive Pleading (#14) is **granted.** The Court will screen Plaintiff's Amended Complaint (#13) and set a time within which Defendants have to respond.

      DATED this  19th  day of May, 2014.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge