Robert Holmes III  ID NO. 1034184
SOUTHERN DESERT CORRECTIONAL CTN.
20825 COLD CREEK RD.
P.O. BOX 208
INDIAN SPRINGS, NV 89070

___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUL -8 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Please send copy

# United States District Court
## District of Nevada

Robert Holmes III
　Plaintiff

v.

Dreesen, et al.,
　Defendants

CASE NO.: 2:13-CV-01166-GMN-GWF
DEPT. NO.: _____
DOCKET: _____

Motion for Extension of Time to Respond to Summary Judgment

## Motion for Extension of Time To Respond to Summary Judgment

**COMES NOW,** Robert Holmes III in pro se, herein above respectfully moves this Honorable Court for an Extension of Time to respond To Summary Judgment

　This Motion is made and based upon the accompanying Memorandum of Points and Authorities.

DATED: this 19 day of June, 2014

BY: _[signature]_ Robert Holmes III
Robert Holmes III #1034184
　　Plaintiff

## ADDITIONAL FACTS OF THE CASE:

1. Plaintiff Robert Holmes III is asking this
2. Honorable Court for an Extension of Time
3. Due to Plaintiff Needs 60 Days extension of
4. Time to Respond to the Defendants summary Judgment
5. because plaintiff needs to Research all case law submitted
6. by the Defendants so he accurately file his opposition
7. to the Defendants summary Judgment, plaintiff is
8. asking this court to start the 60 Days extension
9. of time from the Date this Honorable court Grants
10. this motion, if plaintiff is Granted the extension of
11. time for Good cause appearing.

Submitted
By Robert Holmes III
June 19, 2014
Executed at
SDCC

## ORDER

**THE COURT HAVING READ** the foregoing Motion for Extension of Time (ECF No. 31) to Respond to Defendants' Motion for Summary Judgment (ECF No. 20), and no opposition having been filed by Defendants, and good cause appearing therefore, hereby GRANTS Plaintiff's Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until Monday, September 8, 2014, to file his Response to Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED** this 15th day of July, 2014.

Page 2

Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

I, _Robert Holmes III_, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this _19_ day of _June_, _2014_, I served copies of the _Attorney General_ _____,

in Case No. _2:13-cv-01166-GMN-GWF_ and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

Office of The Attorney General
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada
89101-1068
Kali Fox Miller
Deputy Attorney General

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at _Southern Desert Correctional Center_ on this _19_ day of _June_, _2014_.

_Robert Holmes III_
NDOC No. _1234xx_

Petitioner – *In Propria Persona*

-1-